UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL STEINHART,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 25-cv-02948-VKD<br><br>**ORDER TO SHOW CAUSE RE REMAND TO STATE COURT**<br><br>Re: Dkt. No. 1 |

　　　　The record indicates that on February 19, 2025, plaintiff Daniel Steinhart filed a complaint against defendant Apple Inc. ("Apple") in the Santa Clara County Superior Court, asserting claims for "legal misrepresentation" and "unfair business practices." *See* Dkt. No. 1-1. Apple says that it was served with process on February 28, 2025. Dkt. No. 1 ¶¶ 1, 3 & Ex. 1. On March 31, 2025, Apple removed the action to this Court on the basis of federal diversity jurisdiction, 28 U.S.C. § 1332. *See* Dkt. No. 1.

　　　　Federal district courts have jurisdiction over civil actions in which the matter in controversy exceeds the sum or value of $75,000 (exclusive of interest and costs) and is between citizens of different states. 28 U.S.C. § 1332. Apple asserts that removal is proper because the amount-in-controversy requirement is satisfied, Mr. Steinhart is a Canadian citizen, and "Apple is a citizen of the State of California." Dkt. No. 1 ¶¶ 6-8. As a California citizen, Apple cannot remove this case to federal court on the basis of diversity. *See* 28 U.S.C. § 1441(b)(2) (stating that an action may not be removed on the basis of diversity "if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought."); *see also Spencer v. U.S. Dist. Court.*, 393 F.3d 867, 870 (9th Cir. 2004) ("It is thus clear that the presence

of a local defendant at the time removal is sought bars removal.").

Accordingly, by **April 11, 2025**, Apple shall (1) file a written response to this order, showing cause why this action should not be remanded to the state court and (2) serve a copy of this order and its response on Mr. Steinhart.

**IT IS SO ORDERED.**

Dated: April 1, 2025

Virginia K. DeMarchi
United States Magistrate Judge